# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1474
LT Case No. 2022-10801-CIDL

_____

TAMARA BEAMAN,

    Appellant,

    v.

SECURITY FIRST INSURANCE
COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Michael Scott Orfinger, Judge.

Chrystal P. Robinson, of Elite Insurance Law, PLLC, Boca Raton,
for Appellant.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane,
P.A., Tampa, for Appellee.

November 20, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____